**2**

DAVID P. CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 23-23381-A-13C |
| | ) | DCN: DPC-1 |
| | ) | |
| JASON SCOTT TOLAND, | ) | TRUSTEE'S |
| | ) | OBJECTION TO CONFIRMATION |
| | ) | |
| | ) | DATE:      12/19/2023 |
| | ) | TIME:      9:00 A.M. |
| | ) | JUDGE:     CLEMENT |
| Debtor(s) | ) | COURTROOM: 28 |

DAVID P. CUSICK, TRUSTEE, objects to confirmation of the Debtor(s) Plan and does

not recommend its confirmation.

The Trustee objects to confirmation as follows:

**1. <u>FAILURE TO PROSECUTE:</u>** At the §341 Meeting of Creditors, the Debtor and his

attorney stated that they had no intention of prosecuting this Chapter 13 Plan and that they were

going to convert the case to Chapter 7. The Trustee requested that be done timely so that an

Objection to confirmation didn't need to be filed and/or a confirmation hearing held, wasting the

Trustee's and the Court's resources when they had no intention of prosecuting this plan. To date,

the Debtor has not filed anything further or requested the Court convert the case but where he made it clear he did not wish to pursue confirmation of this plan, the Trustee objects.

2.  **DELINQUENCY:**  All sums required by the Plan have not been paid, (11 U.S.C. §1325(a)(2)), and the Debtor may not be able or willing to make the Plan payments based on the current delinquency under the pending Plan, (11 U.S.C. §1325(a)(6)).  The Debtor is delinquent $500.00 in payments to the Trustee.  The next scheduled payment of $500.00 is due on 11/25/2023.  The case was filed on 9/27/2023.  The Plan in §2.01 calls for payments to be received by the Trustee not later than the 25th day of each month beginning the month after the order for relief under Chapter 13.  The Debtor has paid $0.00 into the Plan to date.  The Debtor will need to pay $1,000.00 to be current by the hearing date.

3.  **OBJECTION TO ATTORNEY'S FEES:** The Trustee objects to the approval of Debtor's attorney's fee to be paid without court approval pursuant to Local Bankruptcy Rule 2016-1(c). The Plan fails to specify if attorney is seeking approval of their attorney's fees by complying with Local Brunkruptcy Rule 2016-1(c) (LBR) or by filing and serving a motion in accordance with 11 U.S.C. §§329 and 330, Fed. R. Bankr. P. 2002, 2016 and 2017.as indicated by their prefence of checking the box in section 3.05 of the Chapter 13 Plan. Pursuant to LBR 2016-1(d), any failure to elect compensation in the FIRST chapter 13 plan filed is deemed an election to seek compensation pursuant to LBR 2016(b) and this election, or failure to elect, is irrevocable. (emphasis added)

WHEREFORE the movant prays that the Court enter an order denying confirmation of the Debtor's Plan.

Dated:   11/16/2023                          /s/Kristen Koo
                                             Kristen Koo, Attorney for Trustee

2